IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 4 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-00987 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MICHAEL KECK,

  Plaintiff,

v.

CARL ZENON,
STEVEN HARTLEY,
EUGENE GONZALES, and
LT. R. STEINBECK,

  Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted is

(4)     ___     <u>does not cover the entire 6-month period</u>.)
(4)     ___     is missing required financial information
(5)     ___     is missing an original signature by the prisoner
(6)     ___     is not on proper form (must use the court's current form)
(7)     ___     names in caption do not match names in caption of complaint, petition or habeas application
(8)     ___     An original and a copy have not been received by the court. Only an original has been received.
(9)     ___     other _____

**Complaint, Petition or Application:**
(10)     ___     is not submitted
(11)     ___     is not on proper form (must use the court's current form)
(12)     ___     is missing an original signature by the prisoner
(13)     ___     is missing page nos. ___
(14)     ___     uses et al. instead of listing all parties in caption
(15)     ___     An original and a copy have not been received by the court. Only an original has been received.
(16)     ___     Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)     ___     names in caption do not match names in text
(18)     ___     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this  9th  day of  May , 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07 - CV - 00987

Michael Keck
Prisoner No. 80976
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _5-14-07_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk