IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  07-cv-00987-WYD-BNB

MICHAEL KECK,

Plaintiff,

v.

STEVEN HARTLEY,
EUGENE GONZALES, and
LT. TIM RITTER,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following papers filed by the plaintiff (the "Papers"):

(1)  **Plaintiff's Second Declaration in Support of Amended Complaint and
Supplimental** [sic] **Complaint** [Doc.#19, filed 7/20/07]; and

(2)  **Plaintiff's Supplimental** [sic] **Complaint** [Doc. #20, filed 7/23/07].

It appears from the Papers that the plaintiff is attempting to supplement his Complaint.
However, the plaintiff may not simply file piecemeal amendments and supplements to his
Complaint.  Rather, he must amend his Complaint pursuant to Fed.R.Civ.P. 15(a).  If the plaintiff
is amending his Complaint before a responsive pleading is served, the plaintiff must file the entire
amended complaint.  The plaintiff may not incorporate his Complaint into the amended complaint.
The amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims.

If the plaintiff is amending his Complaint after a responsive pleading is served, he must file
a motion seeking leave of the Court to amend his Complaint.  Fed.R.Civ.P. 15(a).  The motion

must detail the proposed amendments and the reasons why such amendments are necessary.  The

plaintiff must attach a proposed amended complaint, entitled "Amended Complaint," to the

motion.  The plaintiff may not incorporate his original Complaint into the proposed amended

complaint.  The proposed amended complaint must stand alone; it must contain <u>all</u> of the

plaintiff's claims.  For these reasons,

IT IS ORDERED that the Papers are STRICKEN.

Dated July 30, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge