IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00987-WYD-KMT

MICHAEL KECK,

    Plaintiff,

v.

LT. TIM RITTER,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court upon review of the file. By way of background, in an Order dated March 19, 2007, I affirmed and adopted the recommendation of Magistrate Judge Tafoya which granted Defendants Gonzalez and Hartley's Motion to Dismiss the instant case with prejudice. However, I note that the motion to dismiss did not include Defendant Ritter. In fact, in the motion to dismiss, counsel for Defendants Hartley and Gonzalez stated that Defendant Ritter retired from the Department of Corrections ("DOC"), and since he was no longer employed by the DOC, the DOC cannot accept service of process for him. To date, the docket sheet does not indicate that Defendant Ritter was ever properly served, and the Amended Prisoner Complaint was filed on June 11, 2007.

Pursuant to Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that

service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1)."

On April 14, 2008, I issued an Order to Show Cause which gave notice to the Plaintiff that this action would be dismissed without prejudice against Defendant Ritter unless the Plaintiff could show cause in writing within 20 days why service was not perfected on Defendant Ritter. No response to the Order to Show Cause was filed. Accordingly, it is

ORDERED that Defendant Ritter is **DISMISSED WITHOUT PREJUDICE** from this action, and this case is hereby **TERMINATED.**

Dated: May 9, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge